# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DONALD COOK, JR., NORA GONZALEZ, CARLOS LAWTON AND JESSE ODLOZELIK, on behalf of themselves and all others similarly situated, | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. |
| Plaintiffs, | § | 5:20-cv-00067-FB |
| | § | |
| v. | §<br>§ | |
| STEVENS TANKER DIVISION, LLC AND STEVENS TRANSPORT, INC., | §<br>§<br>§ | |
| Defendants. | | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW,** Plaintiffs Donald Cook, Jr., Nora Gonzalez, Carlos Lawton, and Jesse Odlozelik on behalf of themselves and all others similarly situated (collectively, "Plaintiffs"), and Defendant Stevens Tanker Division, LLC and Stevens Transport, Inc. ("Defendants") and file this agreed stipulation of dismissal with prejudice of Defendants Stevens Tanker Division, LLC and Stevens Transport, Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Plaintiffs and Defendants have resolved Plaintiffs' claims against Defendants in this matter. Plaintiffs and Defendants stipulate to the dismissal of all claims in this lawsuit against Defendant Stevens Tanker Division, LLC and Stevens Transport, Inc. with prejudice. This stipulation of dismissal with prejudice is binding, non-revocable and is intended by Plaintiffs and Defendants to be effective upon filing.

**THE BUENKER LAW FIRM**

By: */s/ Josef Buenker*
    JOSEF BUENKER
    State Bar No.
    2060 North Loop West, Suite 215
    Houston, Texas, 77018
    Telephone: (713) 868-3388
    jbuenker@buenkerlaw.com

**ATTORNEY FOR PLAINTIFFS**

**-and –**

**BROWN FOX PLLC**

By: */s/ Stephen C. Key*
    STEPHEN C. KEY
    State Bar No. 00791022
    JOHN L. FREEMAN
    State Bar No. 07425500
    8111 Preston Road, Suite 300
    Dallas, Texas 75225
    214/396-9278 (Key)
    214/396-9280 (Freeman)
    214/337-5001 (Facsimile)
    stephen@brownfoxlaw.com
    john@brownfoxlaw.com

**ATTORNEYS FOR DEFENDANTS
STEVENS TANKER DIVISION, LLC
AND STEVENS TRANSPORT, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all parties in this case have been served via the Court's electronic case filing system on March 1, 2021.

    */s/ John L. Freeman*
    John L. Freeman

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**    **PAGE 2**